E-filing

**FILED**

JUL 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

JF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08   3157

Peter Honesto, The Honesto Estate,  )
                                    )
              Plaintiff,            )   CASE NO. _____
                                    )
    vs.                             )   PRISONER'S
J. Tilton, et. al, Defendant's at   )   APPLICATION TO PROCEED
p.8, and doe Defendant's 1 thru 50  )   IN FORMA PAUPERIS
                                    )
              Defendant.            )
_____)

I, __Peter Honesto__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No __xx__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A_____ Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

*Apple Computer 1984*

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ___ No _X_

    b. Income from stocks, bonds, or royalties?      Yes ___ No _X_

    c. Rent payments?      Yes ___ No _X_

    d. Pensions, annuities, or life insurance payments?      Yes ___ No _X_

    e. Federal or State welfare payments, Social Security or other government source?      Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

*N/A*

3. Are you married?      Yes ___ No _X_

Spouse's Full Name: *N/A*

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.     a. List amount you contribute to your spouse's support:$ _____

1   b.  List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5       _____N/A_____
6       _____
7   5.  Do you own or are you buying a home?    Yes ___ No _X_
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.  Do you own an automobile?    Yes ___ No _X_
10  Make _____ Year _____ Model _____
11  Is it financed? Yes _____ No _____ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.  Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ___ No _X_ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No _X_
20  _____
21  8.  What are your monthly expenses?
22  Rent: $ _____none_____ Utilities: _____
23  Food: $ _____none_____ Clothing: _____
24  Charge Accounts:
25  Name of Account          Monthly Payment          Total Owed on This Acct.
26  _____               $ _____             $ _____
27  _____               $ _____             $ _____
28  _____               $ _____             $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A   None

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No  xxx

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed. Plaintiff filed a Complaint Peter Honesto v. Cal. A. Terhune, et. al, CIV S-00-2694 LKK JPM P, that was dismissed without prejudice to mitigate the damages of a head injury; Plaintiff has not refiled in the Eastern District, mitigating damages are ongoing, Plaintiff is permanently disabled, requiring treatment, accommodations, housing, classification, Parole Hearings, and updated verification; See Ex.G; Also Peter Honesto v. Cal. Terhune, et. al, CV F 00-6061 REC DLB P, was dismissed for change of venue, Plaintiff provides this information to demonstrate he has not filed frivolous claims and in this Complaint makes new claims and names Defendant's not named in prior Complaints, including doe defendants.

Plaintiff respectfully requests liberal construction as a pro se Plaintiff.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-17-08                          /s/ Pete Honesto
_____                  _____
DATE                             SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Pedro Honesto_ for the last six months
[prisoner name]
_Corcoran Substance Abuse Treatment Facility/SP_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _1.71_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _1.71_.

Dated: 6\11\08                              _____
                                            [Authorized officer of the institution]

- 5 -

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Pedro Honesto_ [prisoner name] for the last six months _Corcoran Substance Abuse Treatment Facility/SP_ [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _1.71_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _1.71_.

Dated: 6\11\08                    _____
                                  [Authorized officer of the institution]

- 5 -

```
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                    SATF/SP AT CORCORAN
                  INMATE TRUST ACCOUNTING SYSTEM
                  INMATE TRUST ACCOUNT STATEMENT

           FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 11, 2008

ACCOUNT NUMBER : D55459           BED/CELL NUMBER: FE02T1000000162D
ACCOUNT NAME   : HONESTO, PEDRO JOSE    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----- ----- -------------- --------- ---------  --------  -----------  -------

12/01/2007  BEGINNING BALANCE                                             0.00

     ACTIVITY FOR 2008
02/07*VD54 INMATE PAYROL 4009/01-08              2.74                    2.74
02/11 W516 LEGAL COPY CH 4114/LCOPY                         2.74         0.00
03/05*VD54 INMATE PAYROL 4489/FEB08              2.17                    2.17
03/11 W516 LEGAL COPY CH 4610/LCOPY                         2.17         0.00
04/07*VD54 INMATE PAYROL 4970/03-08              1.43                    1.43
04/10 W512 LEGAL POSTAGE 5059/LPOST                         1.43         0.00
05/06*VD54 INMATE PAYROL 5497/04-08              0.68                    0.68
05/12 W512 LEGAL POSTAGE 5631/LPOST                         0.68         0.00
06/05*VD54 INMATE PAYROL 6021/05-08              3.25                    3.25
06/10 W516 LEGAL COPY CH 6150/LCOPY                         1.35         1.90

                          CURRENT HOLDS IN EFFECT

  DATE      HOLD
 PLACED     CODE    DESCRIPTION          COMMENT       HOLD AMOUNT
---------- ------  ----------------   -------------  ------------
05/14/2008  H118   LEGAL COPIES HOLD   5706/05-13          0.90
05/14/2008  H118   LEGAL COPIES HOLD   5706/05-13          4.10
05/20/2008  H109   LEGAL POSTAGE HOLD  5781/05-13          1.51
05/20/2008  H109   LEGAL POSTAGE HOLD  5781/05-13          1.51
05/20/2008  H118   LEGAL COPIES HOLD   5784/05-14          2.50
05/20/2008  H118   LEGAL COPIES HOLD   5784/05-17          2.20
06/06/2008  H118   LEGAL COPIES HOLD   6081/05-23          2.70
06/06/2008  H118   LEGAL COPIES HOLD   6081/05-31         45.45
06/10/2008  H118   LEGAL COPIES HOLD   6160/06-07          1.00

                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/04/87              CASE NUMBER: 98079
COUNTY CODE: SCL                      FINE AMOUNT: $  2,500.00

  DATE    TRANS.  DESCRIPTION          TRANS. AMT.    BALANCE
--------  ------  -----------          -----------    -------

12/01/2007  BEGINNING BALANCE                         1,584.99
```

```
                         SATF/SP AT CORCORAN
                       INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 11, 2008

ACCT: D55459      ACCT NAME: HONESTO, PEDRO JOSE       ACCT TYPE: I

                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/04/87                     CASE NUMBER: 98079
COUNTY CODE: SCL                             FINE AMOUNT: $  2,500.00

  DATE      TRANS.    DESCRIPTION                TRANS. AMT.    BALANCE
  ------    ------    -----------                -----------    -------
  02/07/08  VR54      RESTITUTION DEDUCTION-SUPPORT    3.04-    1,581.95
  03/05/08  VR54      RESTITUTION DEDUCTION-SUPPORT    2.41-    1,579.54
  04/07/08  VR54      RESTITUTION DEDUCTION-SUPPORT    1.57-    1,577.97
  05/06/08  VR54      RESTITUTION DEDUCTION-SUPPORT    0.74-    1,577.23
  06/05/08  VR54      RESTITUTION DEDUCTION-SUPPORT    3.61-    1,573.62

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                         TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL       TOTAL        CURRENT     HOLDS      TRANSACTIONS
  BALANCE    DEPOSITS   WITHDRAWALS     BALANCE    BALANCE     TO BE POSTED
 ---------   --------   -----------     -------    -------     ------------
    0.00       10.27        8.37          1.90      61.87          0.00

                                                    CURRENT
                                                   AVAILABLE
                                                    BALANCE
                                                   ---------
                                                     59.97-
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: JUN 11 2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE