UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Peter Honesto, The Honesto Estate,)
                    Plaintiff,

vs.

J. Tilton, et. al, Defendant's at p.8, and doe Defendant's 1 thru 50

                    Defendant.

CASE NO. CV 08 3157 (PR) JF

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Peter Honesto__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No **xx**

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__            Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____Apple Computer 1984_____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.   Business, Profession or              Yes ___ No _X_
10        self employment
11   b.   Income from stocks, bonds,           Yes ___ No _X_
12        or royalties?
13   c.   Rent payments?                       Yes ___ No _X_
14   d.   Pensions, annuities, or              Yes ___ No _X_
15        life insurance payments?
16   e.   Federal or State welfare payments,   Yes ___ No _X_
17        Social Security or other govern-
18        ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____N/A_____
22 _____

23 3.   Are you married?                       Yes ___ No _X_
24 Spouse's Full Name: _____N/A_____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____  Net $_____
28 4.   a.   List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5      _____N/A   none_____
6      _____

7  5.  Do you own or are you buying a home?      Yes ___  No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?                 Yes ___  No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account?  Yes ____  No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No _X_
20 _____

21 8.  What are your monthly expenses?
22 Rent: $ ___none_____ Utilities: _____
23 Food: $ ___none_____ Clothing: _____
24 Charge Accounts:
25 Name of Account           Monthly Payment          Total Owed on This Acct.
26 _____     $ _____          $ _____
27 _____     $ _____          $ _____
28 _____     $ _____          $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A   None

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No **xxx**

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Plaintiff respectfully requests liberal construction as a pro se Plaintiff. Plaintiff filed a Complaint Peter Honesto v. Cal A. Terhune, et. al., CIV S-00-2694 LKK JFM P, that was dismissed without prejudice to mitigate the damages of a head injury; Plaintiff has not refiled in the Eastern District, mitigating damages are ongoing, Plaintiff is permanently disabled, requiring treatment, accommodations, housing, classification, Parole Hearings, and updated verification; See Ex.G; Also Peter Honesto v. Cal. Terhune, et. al, CV F 00-6061 REC DLB P, was dismissed for change of venue, Plaintiff provides this information to demonstrate he has not filed frivolous claims and in this Complaint makes new claims and names Defendant's not named in prior Complaints including doe defendants.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-17-08

DATE                                   SIGNATURE OF APPLICANT

Pedro Honesto D-55459
CSATF/SP EB-162
PO Box 5242
Corcoran, Calif.
93212-5242

"Legal Mail"

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

7-6-08

ClOBHOlT

7-6-08