**FILED**

AUG 0 5 2008

DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

C08- 3157- JF

Mr. Wieking,

Enclosed is the certificate of funds I mailed on the 16th of July to the trust.

My counselor gave it to me on July 31st as noted on the envelope signed by my counselor; This supports my motion for time I mailed on the 30th of July; I am still waiting for the Trust office to mail me my in forma pauperis application and I will send that via my counselor when it is verified by trust office as well.

Again I am doing all I can to avoid having my case dismissed as demonstrated by the record.    Proof of service

I declare under penalty of perjury that the foregoing is correct and true mailed at CSATF/SP Corcoran on the 31st of July, to the united states district court northern

next page

District Court 450 Golden Gate Avenue, San Francisco, Calif. 94102.

by placing the enclosed certificate of funds in the mail at this institution.

Peter Honests, Plaintiff