Proof of Service

United States District Court
Northern District of California

FILED
08 AUG -5 AM 10: 5

I hereby certify on July 30, 2008, I served the attached, Request for extension of time, Case # CV 08-3157 (PR) JF, by placing the original in a postage paid envelope addressed to the person(s) hereinafter listed

by placing/depositing said envelope in the United States mail at CSATF/SP, P.O. Box 5246, Corcoran, Calif. 93212

Persons served: Northern District Court of California; 450 Golden Gate Avenue, San Francisco, Calif. 94102; ATTN: Mr. Weiking, Northern District Court Clerk.

I declare under penalty of perjury that the foregoing is correct and true executed July 30, 2008, at Corcoran State Prison.

_____
Peter Honesto, Plaintiff, pro se

***REQUEST FOR EXTENSION OF TIME***

Mr. Wieking,                               Case# <u>CV 08 - 3157 (PR) JF</u>.

Today is the 30th day to respond to your notice; Though I have sent you an in Forma Pauperis Application, I am still waiting for the Trust Office at this institution to send me another certificate of funds.

I'm sending my copy of the original certificate of funds that my Correctional Counselor R. Mounse told me he mailed to your Court with the Complaint, which is the institution procedure.

I am pro se and as previously stated waiting for the trust office to provide me with an original certified certificate of funds, but am hoping my copy will be applicable for this Courts purposes.

Please inform me at your earliest opportunity as I am doing all that I can to avoid my Complaint being dismissed; And in the interim I will send another original certificate of funds and In Forma Pauperis Application when the trust office sends it to my Correctional Counselor for mailing to your office, per institutional procedures.

I Peter Honesto, Plaintiff certify/verify under penalty of perjury that the claims and facts in this request for extension of time are true and correct.

Respectfully Requested,

*[signature]*
Peter Honesto, Pro Se Plaintiff,

Dated: July 30, 2008.

Note: on page 4 # At 9. Do you have any other debts? Information requested in Forma Pauperis Application; It should be noted I owe restitution to the state as reflected in my inmate trust statement, attached.

Pedro Honesto, D-55459
CSATF/SP, F2-162
P.O. Box 5246
Corcoran, Calif.
93212-5246

RECEIVED
AUG 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
JF

ATTN: Mr. Wieking
Court Clerk
U.S. Northern District Court
450 Golden Gate Avenue
San Francisco, Calif.
94102



US POSTAGE $01.34
MAILED FROM ZIPCODE 93212
JUL 31 2008

LEGAL MAIL

7-30-08

C/O B. HOIT

LEGAL MAIL