FILED
08 AUG 13 PM 3:02

[CLERK U.S. DISTRICT COURT]
[NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Peter Honesto, The Honesto Estate,
               Plaintiff,

vs.

J. Tilton, et. al, Defendant's at p.8, and doe Defendant's 1 thru 50,
               Defendant.

CASE NO. CV 08-3157(PR)JF

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Peter Honesto__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _xx_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__        Net: _____

Employer: __Not employed__

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Apple Computer 1984_____
5  _____
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.  Business, Profession or            Yes ___ No _X_
10          self employment
11     b.  Income from stocks, bonds,        Yes ___ No _X_
12          or royalties?
13     c.  Rent payments?                  Yes ___ No _X_
14     d.  Pensions, annuities, or            Yes ___ No _X_
15          life insurance payments?
16     e.  Federal or State welfare payments,    Yes ___ No _X_
17          Social Security or other govern-
18          ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____N/A no money from these resources_____
22 _____

23 3.  Are you married?                    Yes ___ No _X_
24 Spouse's Full Name: ___N/A not married_____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.  a.  List amount you contribute to your spouse's support:$ _____

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   __N/A  There are no dependents_____
6   _____
7   5.   Do you own or are you buying a home?         Yes ___  No _X_
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?                    Yes ___  No _X_
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ____ No ____ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.   Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ___ No _X_ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No _X_
20  _____
21  8.   What are your monthly expenses?
22  Rent: $ __none_____ Utilities: _____
23  Food: $ __none_____ Clothing: _____
24  Charge Accounts: none
25  Name of Account           Monthly Payment           Total Owed on This Acct.
26  _____                $ _____              $ _____
27  _____                $ _____              $ _____
28  _____                $ _____              $ _____

1  9. Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  ~~N/A None~~ Restitution to the state about ~~$200~~ 1573.62 dollars
4  left to pay as show in my inmate trust account.
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes ___ No XXX

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
   which they were filed.

Plaintiff respectfully requests liberal construction as a pro se Plaintiff. Plaintiff filed a Complaint Peter Honesto v. Cal A. Terhune, et. al., CIV S-00-2694 LKK JFM P, that was dismissed without prejudice to mitigate the damages of a head injury; Plaintiff has not refiled in the Eastern District, mitigating damages are ongoing, Plaintiff is permanently disabled, requiring treatment, accommodations, housing, classification, Parole Hearings, and updated verification; See Ex.G; Also Peter Honesto v. Cal. Terhune, et. al, CV F 00-6061 REC DLB P, was dismissed for change of venue, Plaintiff provides this information to demonstrate he has not filed frivolous claims and in this Complaint makes new claims and names Defendant's not named in prior Complaints, including doe defendants.

11  I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13  I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15  7-24-08
16  ~~[signature redacted]~~                                    *Pet Honesto*
17        DATE                                        SIGNATURE OF APPLICANT

```
REPORT ID: TS3030  .701                                             REPORT DATE: 07/31/08
                                                                    PAGE NO:           1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                              SATF/SP AT CORCORAN
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 31, 2008

ACCOUNT NUMBER : D55459                     BED/CELL NUMBER: FEB2T100000162U
ACCOUNT NAME   : HONESTO, PEDRO JOSE        ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                            TRUST ACCOUNT ACTIVITY

 TRAN
DATE   CODE   DESCRIPTION          COMMENT       CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

01/01/2008    BEGINNING BALANCE                                                          0.00
02/07*VD54    INMATE PAYROL        4009/01-08                  2.74                      2.74
02/11 W516    LEGAL COPY CH        4114/LCOPY                              2.74          0.00
03/05*VD54    INMATE PAYROL        4489/FEB08                  2.17                      2.17
03/11 W516    LEGAL COPY CH        4610/LCOPY                              2.17          0.00
04/07*VD54    INMATE PAYROL        4970/03-08                  1.43                      1.43
04/10 W512    LEGAL POSTAGE        5059/LPOST                              1.43          0.00
05/07*VD54    INMATE PAYROL        5497/04-08                  0.68                      0.68
05/06*VD54    INMATE PAYROL        5631/LPOST                              0.68          0.00
05/12 W512    LEGAL POSTAGE        6021/05-08                  3.25                      3.25
06/05*VD54    INMATE PAYROL        6150/LCOPY                              1.35          1.90
06/10 W516    LEGAL COPY CH        6240/LCOPY                              1.90          0.00
06/13 W516    LEGAL COPY CH        0088/06-08                  3.46                      3.46
07/07*VD54    INMATE PAYROL        0117/LCOPY                              2.30          1.16
07/07 W516    LEGAL COPY CH        0117/LCOPY                              1.00          0.16
07/17 W512    LEGAL POSTAGE        0293/LPOST                              0.16          0.00

                              CURRENT HOLDS IN EFFECT

DATE
PLACED   HOLD
         CODE   DESCRIPTION                 COMMENT          HOLD AMOUNT
07/15/2008   H109   LEGAL POSTAGE HOLD      0255/07-10           0.30
07/21/2008   H109   LEGAL POSTAGE HOLD      0375/07-19           0.30
07/21/2008   H109   LEGAL POSTAGE HOLD      0375/07-19           0.30
07/30/2008   H109   LEGAL POSTAGE HOLD      0494/07-25           3.21
07/30/2008   H109   LEGAL POSTAGE HOLD      0494/07-26           0.30
07/30/2008   H109   LEGAL POSTAGE HOLD      0494/07-26           0.65
07/30/2008   H118   LEGAL COPIES HOLD       0495/07-24          23.50

                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/04/87              CASE NUMBER: 98079
COUNTY CODE: SCL                      FINE AMOUNT: $ 2,500.00

DATE         TRANS.   DESCRIPTION          TRANS. AMT.         BALANCE
----------   ------   -----------          -----------         -------
01/01/2008            BEGINNING BALANCE                        1,584.99
```

Case 5:08-cv-03157-JF  Document 8  Filed 08/13/2008  Page 6 of 12

```
REPORT ID: TS3030 .701                  SATF/SP AT CORCORAN                    REPORT DATE: 07/31/08
                                    INMATE TRUST ACCOUNT STATEMENT             PAGE NO:      2

                           FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 31, 2008

ACCT: D55459           ACCT NAME: HONESTO, PEDRO JOSE                    ACCT TYPE: I
DATE SENTENCED: 05/04/87
COUNTY CODE: SCL

                            * RESTITUTION ACCOUNT ACTIVITY

                                               CASE NUMBER: 98079
                                               FINE AMOUNT: $  2,500.00

DATE      TRANS.   DESCRIPTION                          TRANS. AMT.      BALANCE
                                                                         1,581.95
3/07/08   VR54     RESTITUTION DEDUCTION-SUPPORT            3.04-        1,579.54
03/05/08  VR54     RESTITUTION DEDUCTION-SUPPORT            2.41-        1,577.97
04/07/08  VR54     RESTITUTION DEDUCTION-SUPPORT            1.57-        1,577.23
05/06/08  VR54     RESTITUTION DEDUCTION-SUPPORT            0.74-        1,573.62
06/05/08  VR54     RESTITUTION DEDUCTION-SUPPORT            3.61-        1,569.79
07/07/08  VR54     RESTITUTION DEDUCTION-SUPPORT            3.83-

                                TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL        TOTAL         CURRENT        HOLDS          TRANSACTIONS
BALANCE         DEPOSITS     WITHDRAWALS   BALANCE        BALANCE        TO BE POSTED

  0.00           13.73        13.73         0.00          31.77            0.00

                                                          CURRENT
                                                          AVAILABLE
                                                          BALANCE
                                                          31.77-

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: JUL 31 2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 7-24-08 | Trust Account Office | Honesto | D-55459 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | | |
|---|---|---|---|---|---|
| E2-162 | | Yard Crew | FROM | | TO |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS FROM          TO

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

— Please verify all the attached forms, thank you —
About 2 weeks ago I submitted a Certificate of Funds request because the Court said they did not receive an in forma pauperis application; I'm sending another one for processing as directed by my Counselor R. Mourne; Thank you for your assistance.

INTERVIEWED BY                                           DATE

DISPOSITION

Case Number: __CV 08-3157 (PR)JF__

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Pedro Horesto__ for the last six months
[prisoner name]
__Corcoran Substance Abuse Treatment Facility/SP__ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __2.29__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __2.29__.

Dated: __7/31/08__                 __m Jordan__
                                    [Authorized officer of the institution]

PROOF OF SERVICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

I hereby certify on ___8-7-08___ I served the attached, **in Forma Pauperis Application and Certificate of funds**, Case# __CV-08-3157(PR)JF__; by placing the Original/copy in a postage paid envelope addressed to the person(s) hereinafter listed,

by depositing said envelope in the United States Mail at CSATF/SP, P.O. Box ~~5246~~ 5242, Corcoran, Calif. 93212

Persons Served: Office of the Clerk, U.S. Northern District Court of California, 450 Golden Gate Avenue, San Francisco, Calif 94102;

I declare under penalty of perjury that the foregoing is correct and true Executed ___8-7-08___, at Corcoran State Prison.

*/s/ P. Honesto*
Peter Honesto, Petitioner, Pro Per

Pedro Huerta, D-53459
CSATF/SP E2-162
P.O. Box 5242
Corcoran, Calif.
93212-5242

Office of the Clerk
U.S. Northern District Court of California
450 Golden Gate Avenue
San Francisco, Calif.
94102

RECEIVED
AUG 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
JF

LEGAL MAIL



UNITED STATES POSTAGE
02 1A
0004331204
MAILED FROM

Ernesto D-55459
9 E2-162
5242
Calif.
212-5242

Office of the Clerk
U.S. Northern District Court of California
450 Golden Gate Avenue
San Francisco, Calif.
94102

RECEIVED
AUG 13 2008
JF



R. Maurice / OC1        8/07/08

LEGAL MAIL