IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HONESTO, ) | No. C 08-3157 JF (PR) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| J. TILTON, et al., ) | |
| Defendants. ) | |

The Court has dismissed this civil rights action without prejudice. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/21/08

JEREMY FOGEL
United States District Judge

Judgment
G:\PRO-SE\SJ.JF\CR.08\Honesto3157_jud.wpd      1